# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN MICHAEL LACOUR AS
CURATOR FOR THE PATIENT,
HANNAH LEMOINE MILLER, JODY
MILLER AS THE TUTOR AND
NATURAL FATHER OF THE MINOR
CHILDREN, SOPHIE MADELINE
MILLER, EMMA CATHERINE
MILLER AND LOGAN ANTHONY
MILLER, AND KEVIN MICHAEL
LACOUR AS TUTOR AND NATURAL
FATHER OF THE MINOR CHILD,
KOLLIN MICHAEL LACOUR

VERSUS

HORACE L. MITCHELL, M.D. AND
ALLEN JOSEPH, M.D.

NO.   2020 CW 0515

**JUNE 19, 2020**

---

In Re:   Kevin Michael LaCour as Curator for the patient, Hannah
Lemoine Miller, Jody Miller as the Tutor and natural
Father of the Minor Children, Sophie Madeline Miller,
Emma Catherine Miller and Logan Anthony Miller, and
Kevin Michael LaCour as Tutor and natural Father of the
Minor Child, Kollin Michael LaCour, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 665004.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

𝑎.S∿

---
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.